IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0219 and DA 23-0279

_____

IN RE THE MARRIAGE OF:

MIKI L. ADAMS,

      Petitioner and Appellee,

  and                         O R D E R

DIRK S. ADAMS,

      Respondent and Appellant.

_____

Pursuant to the Internal Operating Rules of this Court, these causes are classified for submission on briefs to a five-justice panel of this Court.

A review of the record demonstrates that both causes were appealed from the same District Court case, DR-2020-43. In the interest of judicial economy, the Court has determined to consolidate the two causes for purposes of appeal under DA 23-0219.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Yvonne Laird, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 31 2024